Submitted on record and briefs August 15, appeal dismissed
August 29, 1977

STATE OF OREGON, *Respondent,*

*v.*

SANDRA MAY PAYTON, *Appellant.*

(No. B37-183, CA 8557)

570 P2d 666

Donald P. Thomsen, and Thomsen & Gough, Eugene, filed the brief for appellant.

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and James C. Rhodes, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Richardson and Johnson, Judges.

PER CURIAM.

## PER CURIAM.

Defendant's statement of facts does not comply with DCAR 5.5—the rules which govern appeals from district court to this court. Defendant has made no attempt to make reference to the place in the audio record where any particular statement of fact appears.

Appeal dismissed. *See State v. Busch,* 30 Or App 835, 567 P2d 1095 (1977).